5/10/24, 9:42 AM          Register of Actions and Party Information

## Register of Actions

| | | | |
|---|---|---|---|
| ▨ **Filed by Plaintiff/Petitioner** | **Case Number:** 2024CV031006 | | **Division:** 424 |
| ▨ **Filed by Defendant/Respondent** | **Case Type:** Wages | | **Judicial Officer:** Martin Egelhoff |
| ▨ **Filed by Court** | **Case Caption:** McMurry, Trey v. Olameter Corp | | **Court Location:** Denver County - District |

| Filing ID ⬍ | Date Filed ▼ | Authorizer ⬍ | Organization ⬍ | Filing Party ⬍ | Document ⬍ | Document Title ⬍ | Document Security⬍ |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 05/07/2024 9:23 AM | Martin Egelhoff | Denver County - District | N/A | Order (Related Document) | Order Re: Motion for Extension of Time to File Responsive Pleading | Public |
| 3D133A1549598 | 05/03/2024 8:37 AM | Louis Matthew Grossman | Louis Grossman | Olameter Corp | Motion | Unopposed Motion for Extension of Time to File Responsive Pleadings | Public |
| | | | | | Proposed Order (Related Document) | Proposed Order | Public |
| 594A3A62CC163 | 04/17/2024 4:59 PM | Brian Gonzales | Law Offices of Brian D Gonzales PLLC | Trey Mcmurry | Return of Service | Return of Service served summons, civil case sheet, complaint and jury demand, pretrial order, delay reduction order, crs 13-64-402 notice to third party payor of benefits with Cole Stender, Administrative Assistant to the registered agent for Olameter Corporation on 4/11/24 | Public |
| N/A (Details) | 04/04/2024 8:25 AM | Martin Egelhoff | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| N/A (Details) | 04/04/2024 12:00 AM | Martin Egelhoff | Denver County - District | N/A | Order | PRETRIAL ORDER | Public |
| 12207C19B9209 | 04/03/2024 1:48 PM | Brian Gonzales | Law Offices of Brian D Gonzales PLLC | Trey Mcmurry | Complaint w/Jury Demand | ORIGINAL CLASS ACTION COMPLAINT & JURY DEMAND | Public |
| | | | | | Civil Case Cover Sheet | DISTRICT COURT CIVIL CASE COVER SHEET | Public |

## Party Information

| Party Name ⬍ | Party Type ⬍ | Party Status ⬍ | Attorney Name ⬍ |
|---|---|---|---|
| Olameter Corp | Defendant | Active | LOUIS MATTHEW GROSSMAN (Louis Grossman) |
| Trey Mcmurry | Plaintiff | Active | BRIAN DAVID GONZALES (Law Offices of Brian D Gonzales PLLC) |