IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01308-MEH

TREY MCMURRY, individually and for others similarly situated,

    Plaintiff,

v.

OLAMETER CORPORATION,

    Defendant.

---

### ORDER

---

**Michael E. Hegarty, Chief United States Magistrate Judge.**

    The Parties have filed a "Joint Stipulation of Dismissal." ECF 35. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stipulation is self-effectuating, and the claims between the Parties were dismissed without prejudice as of the filing of the Stipulation.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 20th day of December 2024.

                                       BY THE COURT:

                                       */s/ Michael E. Hegarty*

                                       Michael E. Hegarty
                                       Chief United States Magistrate Judge